

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2019

No. 04-18-00601-CV

**ONE THOUSAND FOUR HUNDRED THIRTY-SEVEN DOLLARS** ($1,437.00) in United
States Currency and a 2016 Toyota Corolla VIN 2T1BURHE0GC627119,
Appellants

v.

**THE STATE OF TEXAS**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-223
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

After this court granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on January 31, 2019. After the twice-extended due date, Appellant filed the brief and a third motion for an extension of time to file the brief until February 1, 2019.

On February 7, 2019, Appellant filed an amended brief which corrected a scanning error in Appellant's original brief.

Appellant's third motion for extension of time to file the brief is GRANTED. Appellant's amended brief is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court